AO 243 (Rev. 01/15)                                                                                              Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY   4:20-cr-19-P-3

| United States District Court | District | Texas (Northern) | |
|---|---|---|---|
| Name (under which you were convicted): SANTIAGO VASQUEZ SOLANO | | | Docket or Case No.: 4:22-cv- |
| Place of Confinement: FMC Fort Worth | | Prisoner No.: 59708-177 | |
| UNITED STATES OF AMERICA  v.  SANTIAGO VASQUEZ SOLANO | | Movant (include name under which convicted) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 2 2022
CLERK, U.S. DISTRICT COURT
By _____ 8C

# MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   The Honorable Mark T. Pittman, United States District Judge for the Northern District of Texas at Fort Worth

   (b) Criminal docket or case number (if you know): 4:20-cr-00019-P-3

2. (a) Date of the judgment of conviction (if you know): 10/9/2020

   (b) Date of sentencing: 10/8/2020

3. Length of sentence: 200 months' imprisonment; 5 years' supervised release

4. Nature of crime (all counts):

   Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. Section 846

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [ ]   Judge only [✓]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

8. Did you appeal from the judgment of conviction?   Yes [✓]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals for the Fifth Circuit
   (b) Docket or case number (if you know): 20-11037
   (c) Result: Affirmed
   (d) Date of result (if you know): 7/2/2021
   (e) Citation to the case (if you know): 851 Fed.Appx. 527 (Mem) (5th Cir. 2021)
   (f) Grounds raised:

   I. Did the district court impose a substantively unreasonable sentence?

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____

       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes ☐     No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

   (1) Name of court: _____

   (2) Docket of case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes ☐     No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

   (1) First petition:     Yes ☐    No ☐

   (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Mr. Vasquez Solano was Denied the Effective Assistance of Counsel on Direct Appeal, When Counsel Failed to Competently Argue That Mr. Vasquez Solano's Sentence was Substantively (con't)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

...Unreasonable and Failed to Provide Persuasive Authority Supporting such Argument.

Please see supporting facts in Section IV.A.2-3 of contemporaneously submitted Pro Se Memorandum of Law in Support of Motion to Vacate.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel may be initially presented in a Section 2255 proceeding. Massaro v. United States, 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The claim of ineffective assistance of counsel which this motion is based upon was not previously presented in any federal court. Claims of ineffective assistance of counsel may be initially presented in a Section 2255 proceeding. Massaro v. United States, 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the you are challenging?   Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                         Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    Asst Fed. Public Defender John J. Stickney, 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102

    (b) At the arraignment and plea:
    Asst Fed. Public Defender John J. Stickney, 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102

    (c) At the trial:
    Asst Fed. Public Defender John J. Stickney, 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102

    (d) At sentencing:
    Asst Fed. Public Defender John J. Stickney, 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102

    (e) On appeal:
    Asst Fed. Public Defender Brandon E. Beck, 1205 Texas Ave. #507, Lubbock, Texas 79424

    (f) In any post-conviction proceeding:
    N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

vacate the sentence & resentencing with the effective assistance of counsel as would have occurred, following remand from the Fifth Circuit, but for the ineffective assistance of appellate counsel

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
(month, date, year)

Executed (signed) on  25 February  (date)

Santiago Vasquez Solano
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

## VI. Verification

I, Santiago Vasquez Solano, verify under penalty of perjury, pursuant to 28 U.S.C. §1746 that the foregoing is true and correct. Executed this 25 day of February, 2022.

*Santiago Vasquez Solano*
Santiago Vasquez Solano, *Pro Se*
Register # 59708-177
FMC Fort Worth
Post Office Box 15330
Fort Worth, Texas 76119

# Lawyers Paralegal Services, LLC

Only what you need ... only when you need it

| | |
|---|---|
| 5700 Granite Parkway | 214-702-9707 – Direct |
| Granite Park Two – Suite 200 | 214-702-9708 – Fax |
| Plano, Texas 75024 | 877-633-6599 – Free |
| www.thelps.co | info@thelps.co |

January 26, 2022

Mr. Santiago Vasquez Solano
No. 59708-177
FMC Forth Worth
P.O. Box 15330
Fort Worth, Texas 76119

**Re: *28 USC §2255 Motion w/ Memorandum of Law in Support***

Dear Mr. Vasquez Solano:

As discussed, please find enclosed your above noted documents. After review, please date and sign EACH set where indicated including the *Notice of Timely Filing*. Send everything *except the cover letter and ONE Notice of Timely Filing* to the Clerk of the Court in Fort Worth (see first page of 2255 form). Return the remaining Notice of Timely Filing to our office. Once filed, we will send you a complete filed stamped set for your records. Please, do NOT delay.

Please notify us of your receipt and mailing.

Regards,

JB/LPS



Domingo Vasquez Solano
59705-177  FMC Fort Worth
P.O. Box 15330, Fort Worth,
Texas 76119





U.S. District Clerk's O...
501 West 10th Street, Rm...
Fort Worth, TX 76102-...

2022 MAR -2 PM 1:22
DEPUTY CLERK